first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925.

Charles L. Cohns, for appellant. Osborne, Kline & McGurren, for appellee; Wilson P. Kline, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

S. Seigel, appellee, v. Isidore Ossey and Meyer Ossey, trading as Ossey Brothers Department Store and Liberty Cloak Shop, appellants. Gen. No. 29,837.

Action on claim for wages. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

Schoenbrod & Rosengard, for appellants. Nelson & Riker, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Chicago Title & Trust Company, appellee, v. Nathan Klee et al., trading as Klee, Rogers, Wile & Loeb, appellants. Gen. No. 29,822.

Action by receiver of insurance company to recover premiums due under agency contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925. Rehearing denied July 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Charles B. Obermeyer, for appellants. Foreman, Blumrosen, Steele & Schultz, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Frank Zikmund, appellee, v. Martin Bedrava, appellant. Gen. No. 29,831.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

T. G. Vance and Grace H. Harte, for appellant. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Reliance Electric Company, appellee, v. See-Moon & Company, appellant. Gen. No. 29,862.

Action for work, labor and materials. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Richard V. Carpenter, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

Peden, Kahn & Murphy, for appellant; David Silbert, of counsel. Charles Daniels and Jesse Quitman, for appellee.

Mr. Justice Fitch delivered the opinion of the court.